IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID O. ALLEN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> PAM AHLIN, Executive Director, ) <br> ) <br> Respondent. ) <br> ) <br> ) | No. C 08-4080 JSW (PR) <br><br> **ORDER TO SHOW CAUSE** <br><br> (Docket No. 5) |

## INTRODUCTION

Petitioner, detained at Coalinga State Hospital, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2242 challenging the constitutionality of his detention as a sexually violent predator under the amendments to the Sexually Violent Predator Act in the Sexual Predator Punishment and Control Act of 2006. Petitioner has filed a motion to proceed *in forma pauperis*, which is now GRANTED (docket no. 5). This order directs Respondent to show cause why the petition should not be granted.

## BACKGROUND

Petitioner was subjected to a probable cause hearing in 2007 under the amendments to the Sexually Violent Predator Act in the Sexual Predator Punishment and Control Act of 2006. He contends that he exhausted his claims in the state courts and that his challenge in the California Supreme Court was denied on June 11, 2008. Petitioner filed the instant federal habeas petition on August 26, 2008.

**DISCUSSION**

I     Standard of Review

    This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

    It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." *Id.* § 2243.

II     Legal Claims

    As grounds for federal habeas relief, Petitioner asserts that he is unconstitutionally detained under the amendments to section 6600 of the Welfare and Institutions Code. Liberally construed, it does not appear from the face of the petition that Petitioner is not entitled to relief. Accordingly, Respondent is ordered to respond to the petition as set forth below.

**CONCLUSION**

    For the foregoing reasons and for good cause shown,

    1. The Clerk shall serve by certified mail a copy of this order and the petition, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

    2. Respondent shall file with the Court and serve on Petitioner, within **sixty (60)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on

Respondent within **thirty (30)** days of the date the answer is filed.

     3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days the date the opposition is filed.

     4. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address." He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

     IT IS SO ORDERED.

DATED: April 8, 2009

                                              JEFFREY S. WHITE
                                              United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

DAVID OLIVER ALLEN,

        Plaintiff,

  v.

PAM AHLIN et al,

        Defendant.

                                                /

Case Number: CV08-04080 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Oliver Allen
P.O. Box 5003 Unit #1
K39029
Coalinga, CA 93210

Dated: April 8, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk